UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARRIN RIFFLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXCELLENT AUTO GLASS LLC; AUTO GLASS SHOP, LLC; and JEFF SEARLES,<br><br>Defendants. | Case No. 3:24-cv-05975<br><br>NOTE ON MOTION CALENDAR: October 16, 2025 |

### MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT

COMES NOW Plaintiff, pursuant to Fed. R. Civ. P. 55(a), hereby files this Motion for Clerk's Entry of Default against Defendant Auto Glass Shop, LLC ("AGS") in the above-styled action. Mr. Riffle respectfully requests that the Clerk of Court enter default as the AGS as AGS has failed to serve or file an answer to Plaintiff's claims in this action within the time permitted by law or otherwise.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." See Fed. R. Civ. P. 12(a)(1)(A)(i). Federal Rule of

MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT - 1

STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk <u>must</u> enter the party's default." See Fed. R. Civ. P. 55(a) (emphasis added).

Here, the Plaintiff filed his First Amended Complaint, adding Jeff Searles and AGS as Defendants, on September 9, 2025. *See* ECF No. 16. AGS was served on September 15, 2025, with its responsive pleading due on October 6, 2025. *See* ECF No. 21. However, AGS did not file a responsive pleading despite the fact that it has acknowledged receipt of the lawsuit. Accordingly, the Plaintiff requests that the Clerk enter default of AGS pursuant to Fed. R. Civ. P. 55(a).

## **CONCLUSION**

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against Auto Glass Shop, LLC pursuant to Fed. R. Civ. P. 55(a).

RESPECTFULLY SUBMITTED AND DATED this 16th day of October, 2025.

By: */s/ Samuel J. Strauss*
Samuel J. Strauss (SBN: 46971)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

*Attorney for Plaintiff*

MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT - 2

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

**CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 16th day of October, 2025.

                STRAUSS BORRELLI PLLC

                By: */s/ Samuel J. Strauss*
                      Samuel J. Strauss
                      STRAUSS BORRELLI PLLC
                      One Magnificent Mile
                      980 N. Michigan Ave., Suite 1610
                      Chicago, IL 60611
                      Telephone: (872) 263-1100
                      Facsimile: (872) 263-1109
                      sam@straussborrelli.com

MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT - 3

STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com