**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DARRIN RIFFLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXCELLENT AUTO GLASS LLC; AUTO GLASS SHOP, LLC; and JEFF SEARLES,<br><br>Defendants. | Case No. 3:24-cv-05975<br><br>NOTE ON MOTION CALENDAR: October 16, 2025 |

**[PROPOSED] ENTRY OF DEFAULT AGAINST**
**DEFENDANT AUTO GLASS SHOP, LLC**

Pursuant to Fed. R. Civ. P. 55(a) and LCR 55(a), default is hereby entered against defendant AUTO GLASS SHOP, LLC for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Clerk of Court

_____

[PROPOSED] ENTRY OF DEFAULT AGAINST
DEFENDANT DEFENDANT AUTO GLASS SHOP, LLC - 1

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com