UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARRIN RIFFLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXCELLENT AUTO GLASS LLC; AUTO GLASS SHOP, LLC; and JEFF SEARLES,<br><br>Defendants. | Case No. 3:24-cv-5975 TMC<br><br>DEFAULT ENTRY AGAINST DEFENDANT AUTO GLASS SHOP, LLC |

Pursuant to Fed. R. Civ. P. 55(a) and LCR 55(a), default is hereby entered against defendant AUTO GLASS LLC for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Dated this 17th day of October, 2025.

RAVI SUBRAMANIAN,
Clerk of Court

*s/Mary Trent*
Mary Trent, Deputy Clerk

DEFAULT ENTRY AGAINST DEFENDANT AUTO GLASS SHOP, LLC - 1