UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARRIN RIFFLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXCELLENT AUTO GLASS, LLC; AUTO GLASS SHOP, LLC; and JEFF SEARLES.<br><br>Defendants. | Case No. 3:24-cv-05975-TMC<br><br>Honorable Judge Tiffany M. Cartwright<br><br>PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT |

## I. INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Darrin Riffle respectfully moves the Court for leave to file a Second Amended Complaint to clarify factual allegations against Defendant Jeff Searles and to address issues raised in his pending motion to dismiss. A copy of the proposed Second Amended Complaint is attached as **Exhibit 1.**

## II. BACKGROUND

On September 9, 2025, Plaintiff filed his First Amended Complaint, adding Auto Glass Shop LLC and Jeff Searles as co-defendants. Dkt. No. 16. On October 6, 2025, Jeff Searles

MOTION FOR LEAVE TO FILE SECOND AMENDED
COMPLAINT – 1

STRAUSS BORRELLI PLLC
980 North Michigan Ave., Suite 1610
Chicago, Illinois 60611
TEL. 872.263.1100 • FAX 872.263.1109
straussborrelli.com

moved to dismiss under Rule 12(b)(2) and Rule 12(b)(6). Dkt. No. 22. Therein, Searles asserted, *inter alia*, that the complaint "lacks any factual allegations demonstrating that Searles personally made, authorized, or directed any telemarketing calls to Plaintiff" and "contains no allegations of fraud, misrepresentation, abuse of corporate form, or any other facts that would support piercing the corporate veil or imposing personal liability on Searles[.]" *Id*. at 2.

The proposed Second Amended Complaint addresses these issues—and adds substantial details explaining how Jeff Searles directly controlled the day-to-day operations of Defendants Excellent Auto Glass, LLC, and Auto Glass Shop, LLC, and thus established sufficient contacts for personal jurisdiction in Washington.

### III.  LEGAL STANDARD

Under Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with leave of the court. *Larsen v. PTT, LLC*, No. 3:18-cv-05275-TMC, 2024 U.S. Dist. LEXIS 225269, at *10 (W.D. Wash. Dec. 12, 2024). In the Ninth Circuit, "[l]eave to amend shall be freely given when justice so requires, and this policy is to be applied with extreme liberality." *Bacon v. Woodward*, 104 F.4th 744, 753 (9th Cir. 2024) (quoting *Desertrain v. City of Los Angeles*, 754 F.3d 1147, 1154 (9th Cir. 2014)). Thus, a Rule 15(a)(2) motion "generally shall be denied only upon showing of bad faith, undue delay, futility, or undue prejudice to the opposing party[.]" *Chudacoff v. Univ. Med. Ctr. of S. Nev.*, 649 F.3d 1143, 1152 (9th Cir. 2011).

### IV.  ARGUMENT

When "assessing the propriety of leave to amend, courts consider five factors: bad faith, undue delay, prejudice to the opposing party, futility, and prior amendment." *Ray v. Wash. State HHS*, No. 2:23-cv-00465-TMC, 2025 U.S. Dist. LEXIS 136820, at *20 (W.D. Wash. July 17, 2025) (citing *United States v. Corinthian Colls*., 655 F.3d 984, 995 (9th Cir. 2011)). As explained

MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT – 2

STRAUSS BORRELLI PLLC
980 North Michigan Ave., Suite 1610
Chicago, Illinois 60611
TEL. 872.263.1100 • FAX 872.263.1109
straussborrelli.com

below, good cause exists to permit the proposed Second Amended Complaint, and all five factors support amendment.

*First*, this request is made in good faith and directly addresses the arguments raised by newly added Defendant Jeff Searles. *See* Ex.1, at ¶¶ 17–51. Thus, Plaintiff has not acted with the "intent to deceive, harass, mislead, delay or disrupt" that would constitute bad faith. *Wizards of the Coast LLC v. Cryptozoic Ent't LLC*, 309 F.R.D. 645, 651 (W.D. Wash. 2015) (citing *Leon v. IDX Sys. Corp.*, 464 F.3d 951, 961 (9th Cir. 2006)). Thus, this factor supports amendment.

*Second*, this request was timely submitted twenty-one days after Defendant Jeff Searles filed his Motion to Dismiss. *See* Dkt. 22. Moreover, " delay alone no matter how lengthy is an insufficient ground for denial of leave to amend." *Travelers Prop. Cas. Co. of Am. v. AF Evans Co.*, No. C10-1110-JCC, 2012 U.S. Dist. LEXIS 193381, at *6 (W.D. Wash. Aug. 30, 2012) (quoting *United States v. Webb*, 655 F.2d 977, 980 (9th Cir. 1981)). Thus, this factor supports amendment.

*Third*, this request will not be unduly prejudicial because the proposed Second Amended Complaint merely fleshes out the current allegations regarding Defendant Jeff Searles. *See* Ex.1, at ¶¶ 17–51. The proposed Second Amended Complaint does not include a "change of tactics or theories[.]" *Wizards*, 309 F.R.D. at 651 (explaining that prejudice means "undue difficulty in prosecuting a lawsuit as a result of a change of tactics or theories on the part of the other party") (internal citation omitted). Moreover, the "party opposing amendment bears the burden of showing prejudice." *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 187 (9th Cir. 1987) (citing *Beeck v. Aqua slide 'N' Dive Corp.*, 562 F.2d 537, 540 (8th Cir. 1977)). Thus, this factor supports amendment.

MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT – 3

STRAUSS BORRELLI PLLC
980 North Michigan Ave., Suite 1610
Chicago, Illinois 60611
TEL. 872.263.1100 • FAX 872.263.1109
straussborrelli.com

***Fourth***, amendment would not be futile because the proposed Second Amended Complaint precisely addresses the novel arguments asserted in the motion to dismiss by Defendant Jeff Searles. *See* Dkt. No. 22. After all, "futility" applies only when "it appears beyond doubt that the proposed pleading would be subject to dismissal." *Wizards*, 309 F.R.D. at 654 (quoting *Mahone v. Pierce Cty.*, No. C10-5847 RBL/KLS, 2011 U.S. Dist. LEXIS 56115, at *5 (W.D. Wash. May 23, 2011)). Here, the proposed Second Amended Complaint provides specific facts explaining how Jeff Searles directly controlled the day-to-day operations of Defendants Excellent Auto Glass, LLC, and Auto Glass Shop, LLC, and thus established sufficient contacts for personal jurisdiction in Washington. *See* Ex.1, at ¶¶ 17–51. Thus, this factor supports amendment.

***Fifth***, if permitted, the proposed Second Amended Complaint would be the first amendment by leave of the Court. *See Wizards*, 309 F.R.D. at 654. For example, in *Wizards*, the plaintiff requested leave to file a second amended complaint. *Id*. at 648. Notably, the first amendment was "as of right" and the plaintiff had "not amended its complaint since then, nor has it sought leave to do so." *Id*. Thus, the court held that " this factor also favors amendment." *Id*. Likewise, Plaintiff filed a previous amendment "as of right." *See* Dkt. 16. Thus, like in *Wizards*, this factor also favors amendment.

In sum, all five factors support amendment, and good cause exists to permit the proposed Second Amended Complaint.

## V.  CONCLUSION

For these reasons, Plaintiff respectfully requests that the Court grant leave to file the Second Amended Class Action Complaint, attached as **Exhibit 1.**

*[Counsel signature block to follow on next page.]*

MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT – 4

STRAUSS BORRELLI PLLC
980 North Michigan Ave., Suite 1610
Chicago, Illinois 60611
TEL. 872.263.1100 • FAX 872.263.1109
straussborrelli.com

1  RESPECTFULLY SUBMITTED AND DATED this 27th day of October, 2025.

2

3  */s/ Samuel J. Strauss,* WSBA #46971
   Samuel J. Strauss, WSBA #46971
   **STRAUSS BORRELLI PLLC**
4  980 North Michigan Ave., Suite 1610
   Chicago, Illinois 60611
5  Telephone: (872) 263-1100
   Facsimile:  (872) 263-1109
6  sam@straussborrelli.com

7  Anthony I. Paronich *(pro hac vice)*
   **PARONICH LAW PC**
8  350 Lincoln Street, Suite 2400
   Hingham, MA 02043
9  Telephone: (617) 485-0018
   anthony@paronichlaw.com

10
   *Attorneys for Plaintiff*

25  MOTION FOR LEAVE TO FILE SECOND AMENDED
    COMPLAINT – 5

# **CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify that on October 27, 2025, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 27th day of October, 2025.

Respectfully submitted,

*/s/ Samuel J. Strauss,* WSBA #46971
Samuel J. Strauss, WSBA #46971
**STRAUSS BORRELLI PLLC**
980 North Michigan Ave., Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile:  (872) 263-1109
sam@straussborrelli.com

MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT – 6