UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARRIN RIFFLE, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br>v.<br><br>EXCELLENT AUTO GLASS, LLC; AUTO GLASS SHOP, LLC; and JEFF SEARLES,<br><br>  Defendants. | CASE NO. 3:24-cv-05975<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>**Noting Date: November 17, 2025** |

  This matter having come before the Court on Plaintiff Darrin Riffle's Motion for Leave to File Second Amended Class Action Complaint, and the Court having considered the Motion, Defendant Jeff Searles' Response in Opposition, and all papers and pleadings on file herein, and good cause appearing therefor;

  The Court finds that:

1. Amendment would be futile because the proposed Second Amended Complaint does not cure the jurisdictional defects identified in Defendant's pending Motion to Dismiss;

2. Amendment would be futile because the proposed Second Amended Complaint fails to allege facts sufficient to establish personal liability under Washington law;

3. Plaintiff has already amended once and has not identified what new facts justify a second amendment.

  IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Second Amended

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT — 1

**Halverson Law, PLLC**
Attorneys at Law
455 Rainier Ave N, Suite 220
Issaquah, WA 98027
Phone: 206-489-2712 Fax 206-826-1788

1  Class Action Complaint is **DENIED**.

2  IT IS FURTHER ORDERED that Defendant's Motion to Dismiss the First Amended

3  Complaint shall proceed on the current briefing schedule.

4

5  **IT IS SO ORDERED.**

6

7  Entered on _____, 2025.

8

9

10                                                              _____
                                                              Honorable Tiffany M. Cartwright
11                                                              United States District Court Judge

12

13  Presented by:

14

15  **HALVERSON LAW, PLLC**

16  By _____

17  [X] Erik L. Halverson, WSBA #48511
    [ ] Andrew Ried-Munro, WSBA #63662
18  **Attorneys for Defendant Jeff Searles**
    455 Rainier Blvd N, Suite 220
19  Issaquah, WA 98027
    Phone: 206-489-2712 | Fax: 206-826-1788
20

21

22

23

24

25

26

27

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT — 2

**Halverson Law, PLLC**
Attorneys at Law
455 Rainier Ave N, Suite 220
Issaquah, WA 98027
Phone: 206-489-2712 Fax 206-826-1788