The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DARRIN RIFFLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>EXCELLENT AUTO GLASS, LLC; AUTO GLASS SHOP, LLC; and JEFF SEARLES.<br><br>Defendants. | No. 24-cv-5975 TMC<br><br>ORDER SETTING PRETRIAL DEADLINES |

**PRETRIAL DATES**

| Case Event | Deadline |
|---|---|
| Completion of Fact Discovery | December 18, 2026 |
| Expert Disclosures | Proponent: January 25, 2027<br>Respondent: February 22, 2027<br>Completion of Expert Depositions: March 29, 2027<br>Motion to Exclude Experts: April 26, 2027<br>Oppositions to Motion to Exclude Experts: May 24, 2027 |
| Class Certification | Proponent: January 25, 2027<br>Respondent: February 22, 2027<br>Reply In Support: March 22, 2027 |
| All Discovery Motions | March 29, 2027 |
| Completion of all Discovery | May 24, 2027 |
| Dispositive Motions | Proponent: June 16, 2027<br>Respondent: July 7, 2027<br>Reply In Support: July 21, 2027 |
| Settlement Conference | August 16, 2027 |

SCHEDULING ORDER – 1

| Case Event | Deadline |
|---|---|
| Trial | To be determined by the Court. |

Dated this 5th day of December 2025.

_____
Tiffany M. Cartwright
United States District Court Judge

SCHEDULING ORDER – 2