# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

DARRIN RIFFLE, on behalf of himself and
all others similarly situated,

                Plaintiff,

      v.

EXCELLENT AUTO GLASS LLC,
AUTO GLASS SHOP LLC,
and JEFF SEARLES,

                Defendant.

No. 3:24-cv-05975-TMC

Honorable District Judge
Tiffany M. Cartwright

**STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL**

<u>Noting Date</u>
May 27, 2026

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action against all above-named Defendants: Jeff Searles, Excellent Auto Glass, LLC, and Auto Glass Shop, LLC, without prejudice, with each party to bear its own costs and attorneys' fees.

*[Counsel and judicial signature block to follow on next page.]*

1

Dated: May 27, 2026

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. #46971
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

Anthony I. Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiffs and the Class*

Dated: May 27, 2026

*/s/ Erik L. Halverson*
Erik L. Halverson
**HALVERSON LAW GROUP**
19655 First Ave. South, Ste 106
Normandy Park, WA 98148
Telephone: (206) 489-2712
erik@halversonlaw.com

*Counsel for Defendant Jeff Searles*

## **ORDER**

ACCORDINGLY, IT IS <u>HEREBY ORDERED</u> that Plaintiff's claims be dismissed with prejudice.

Dated: _____          _____
                                                Honorable District Judge Tiffany M. Cartwright

2

## CERTIFICATE OF SERVICE

I, Samuel J. Strauss, hereby certify that on May 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 27th day of May, 2026.

/s/ Samuel J. Strauss
Samuel J. Strauss, WSBA No. #46971
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

3