## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

DARRIN RIFFLE, on behalf of himself and all others similarly situated,

Plaintiff,

v.

EXCELLENT AUTO GLASS LLC,
AUTO GLASS SHOP LLC,
and JEFF SEARLES,

Defendant.

No.  3:24-cv-05975-TMC

Hon. District Judge Tiffany M. Cartwright

**AMENDED STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

Noting Date
Tuesday, June 2, 2026

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action against all above-named Defendants: Jeff Searles, Excellent Auto Glass, LLC, and Auto Glass Shop, LLC, without prejudice, with each party to bear its own costs and attorneys' fees.

*[Counsel and judicial signature block to follow on next page.]*

1

Dated: June 2, 2026

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. #46971
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

Anthony I. Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiffs and the Class*

Dated: June 2, 2026

*/s/ Erik L. Halverson*
Erik L. Halverson
**HALVERSON LAW GROUP**
19655 First Ave. South, Ste 106
Normandy Park, WA 98148
Telephone: (206) 489-2712
erik@halversonlaw.com

*Counsel for Defendant Jeff Searles*

## **ORDER**

ACCORDINGLY, IT IS <u>HEREBY ORDERED</u> that Plaintiff's claims be dismissed without prejudice.

Dated: _____

_____
Honorable District Judge Tiffany M. Cartwright

2

## <u>CERTIFICATE OF SERVICE</u>

I, Samuel J. Strauss, hereby certify that on June 2, 2026, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification

of such filing to counsel of record via the ECF system.

DATED this 2nd day of June, 2026.

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. #46971
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

3